*an complaint*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

**COMPLAINT FORM**

2008 SEP 29  A 11: 57

DISTRICT COURT
HARTFORD, CT.

IRAN STEVEN RICHARD
_____

_____

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

**308CV01495 JBA**

Case No. __3:08CV1495 (JBA)__
(To be supplied by the Court)

v.

~~[redacted]~~   ~~[redacted]~~

TANYA DORMAN
_____

_____

_____

_____

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __Iran Steven Richard__ is a citizen of __Jamaica__ who
   (Plaintiff)                                    (State)
   presently resides at __Donal W.Wyatt Detention 950 High Street Central Falls RI.02863__.
   (mailing address or place of confinement)
   If plaintiff is incarcerated, provide inmate number: __A043-978-968__.

2. Defendant __Tanya Dorman__ is a citizen of __N/A__
   (name of first defendant)                    (State)
   whose address is __225 Main Street suite 300 Hartford CT.06106__.

3. Defendant _____ is a citizen of _____
                    (name of second defendant)                              (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

4. The jurisdiction of this court is invoked pursuant to: (list statute(s))

Act 28 U.S.C 2209 the Administrative procedure Act 5 U.S.C 706

CIVIL LAW SUITE    28 U.S.C 1331

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

I.'m suing Attoney Dorman for Malpractice, Pain and suffering Neglect, Punitive damage and Intent on purposeful.

Attorney Dorman represent me in my removal proceeding, during the time in which she represent me I have never seen Attorney Dorman, She never came to see me, she never seek any form of relief from removal for me, she never forsees to my intrest in in my removal proceeding. she fail to communicate with me during my proceeding she played a blind eye to my case. She was retained to represent me, she undermine my removal proceeding, she delibriate let me order removal she never sought Relief for me Convention Against Torture, (CAT).

Attorney Dorman service that she render in my case is ineffective and Satified the prong Ineffectiveness of Counsel Under Strickland v. Washington 466 U.S 688.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Attorney Dorman Violate my fifth and Fourteen Amendment Right my right to be represented by Counsel in my proceeding in a fair an just manner

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Attorney Dorman has done this same thing by not representing his client in a fair and Just manner she took money from Rickford Campbell that now housing at Franklin County Jail In Massachuetts under false pretent and she never return the when she did not said what she was going to do. Attorney Dorman

Took a full retainer from my mother to represent me she told my my mother if she can't win my case are she see any obstacles that should prevent her from representing me she will return her money in full . Attorney Dorman did nothing as she promise she took the retainer and forsake my case, she deliberately let me get order remove, she never seek any form of relief for me she never appeal my case,she never came to see me ,I wrote he several (7) letters she never reply to any ,the telephone she provied does not take collect calls I never had the chance to fight my remaval

**Claim II:** Because of her conduct Attorney Dor-man has cause serious injury to my case by not performing her duty as my attorney.she neglect my case she never did what she said she wasing going to do to to represent me in my removal proceeding

Supporting Facts:  On an arround August I was taken into custody by the Department of Homeland Security and place in removal proceed- ing because of an conviction, after place in removal proceeding My Mother decided to hire an attorney to represent ,my mother found Attorney Dorman Number in the telephone directory, she call ed attorney  Dorman and explain my caseto her  she said she need to retainer just to look into my case she was given that detainer and then she call to get the rest of money because she decieded to take the case. She told my mother that she was going to come

and see me that we go over all my posible avenue, my mother relay all that transpired between Attorney Dorman and her with expectation that she was going to follow up with their agreement. After one week past and I did'nt heard any thing from her, I ask my mother for her number in which she produce me I called her and her phone do not take collect calls, being I was going to go court the following week I knew it was impretive to spoke with my attorney before my court appearace, I wrote with the intention that I could get atleast some point accross to her before my court appearace, she never response, any how I was taken to video court, when I went to video court I did'nt understand any thing that transpire there all I heard she said over the machine was telling the Judge that my name never spell correctly on the NTA the Judge ask me how I pled tothese charges she told me to plea guilty, right there and then I started to one and one together she let me pled guilty without advising me any of right I'm giving up for any chances I have to fight my case, I wrote to her again with my concerns even going back to my criminal conviction she never answer my letter that was my second letter, as my situation became more desperate day by day not hearing any thing from Attorney Dorman I started writing more because by writing seem the only I knew she would get to her to date she has not respond to any of my letters, I wanted to see her tell her that I have fear of returning to Jamaica Because I was Torture there before

### E. REQUEST FOR RELIEF

5.   WHEREFORE, plaintiff demands: (state the relief you seek)

I now seek relief for Ineffectness of Counsel , I now seek Damages for MALPRACTICE,PAIN AND SUFFERING ,PUNITIVE DAMAGES AWARD IN THE SUM TWO HUNDRED THOUSAND DOLLARS ($200.000.000) I needed to give the oppertunity to seek relif from Removal because Counsel Violate My due process in my proceeding.

4

## F. JURY DEMAND

6.   Do you wish to have a jury trial?  Yes _yes X_   No_____

---

| | |
|---|---|
| _____ | _____ |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| | IRAN STEVEN RICHARD |
| _____ | _____ |
| Printed Name | Printed Name |
| | DONALD W. WYATT DETENTION |
| | 950 HIGH STREET |
| _____ | _____ |
| ( ) _____ | ( ) CENTRAL FALLS RI. 02863 |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| _____ | _____ |
| Email address if available | Email address if available |

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Wyatt Detention Facility_ on _9/22/08_.
          (location)                                (date)

_____
Plaintiff's Original Signature

(Rev.8/25/04)

IRAN STEVEN RICHARD # A 043-978-968
DONALD W.WYATT DETENTION FACILITY
950 HIGH STREET
CENTRAL FALLS RI.02863

2008 SEP 29  A 11: 57

September 12th, 2008

The Bar Assosiation OF Connecticut
State Wide Grievance Committee

State Bar Counsel
287 Main Street 2nd Fl. Suite #2

East Hartford CT.06118-1885


To whom it may concers.

Dear Sir/Madam:

RE. OFFICIAL COMPLAIN AGAISNT ATTORNEY TANYA DORMAN.

My Name is Iran Steven Richard Alien Number A0439-78-968 deteainee
in the custody of Department of homelad Security I am making this complaint
Against Attorney Tanya Dorman at 255 Main St,Suite 300 Hartford CT.06106
Tel :860 524-1862.

Ms Dorman was hired by my relitives to represent me in my removal
proceeding that commence against the Department of Home-land Security
on August 5fth 2008 ,Ms Dorman recieved a full detainer to represent me
in this proceeding, I have never seen or spoken to Attorney Dorman once
The only time I heard her voice is when I go to Video Court and then
I'm escorted back to my cell, My mother gave me a telephone number for
Atttorney Dorman, I call sevral time but the number does not take collect
calls, I then started writing to Attorney Dorman ,in all sevan letters
before the date on August 27th,2008 when I was order remove by the IJ,
                                                           ask
Ms Dorman never answer any of my letters.I then I my mother and other
family memebers to cantact Ms.Dorman as situation becomes desperate

MY Family memebers was unable to get intouch her as well they leave several masseges but she never return any of their call.

My issues was that I wanted(needed) to go over my case with Ms.Dorman to see all the option I have in seeking relief from removal since I have fear of returing to Jamaica because I was torture there before.

To date I've seen or heard any thing from Attorney Dorman. I was order remove by an Immigration Judge in Hartford CT on August 27th,2008.

Under the COnvention Against Torture The United States is Prohibited from returning any one to a country the the person would be torture, I needed to seek this form of relief from removal so it was important that I see Ms.Dorman so we could go over all the possible avenues of my case.
I'm a pernament resident of the United States and My fifth Amendment guarantee me due process in removal proceeding .,Ms.Dorman Violate my due process right.
Under <u>Strickland v. Washington 466 U.S 668</u>  Supra I have the right to be represented by counsel in criminal and removal pproceeding because my removal proceeding comence by criminal convction the eliment that surrounded my case is very complicated and take an expertise in this area of the law to represent me in a fair and just according to <u>Strickland v.Washington</u>
Ms .Dorman service falls below standards and statisfied the the prong ineffective assistance of counsel.
I am asking this agency(Court) to view my Complaint and judge Ms.Dorman performance toward my case.
Ms. Dorman (Attorney At Law) deliberate undermine representing me she allow the IJ to order me remove when ("if) she has view my case in the intrest as an attorney she would petition the court to allowed me to apply for relie from removal (CAT).
For the forgoing reason, The information and this complaint to this Grievance Committee is Ture and correct against Purjury.

_9-15-08_
Date

Iran Steven Richard

Rinda Ruso - notary
Notaryzed
9/37/08  9/22/08

```
              IRAN STEVEN RICHARDS # A043-978-968
                DONALD W.WYATT DETENTION FACILITY
                         950 HIGH STREET
                      CENTRAL FALLS RI.02863
```

2008 SEP 29  A 11: 57

September 17th, 2008

ATTENTION Ms.Tanya Dorman
ATTORNEY AT LAW.

225 Main Street Suite 300
Hartford CT.06106

Dear Madam,

RE: SENDIND ALL MY DOCUMENTATION ON MY IMMIGRATION FILE .

My name is Tran Richard, detainee of the above mention facility you had represent me in my removal proceeding inwhich I was order remove on August 27th,2008 at Hartford Connecticut.
I am asking you please to turn over all my Court documents to me beacuse your representation fall below standard. During my proceeding before I was order remove from the United States I tried cantacting you on several occation, I've written to you several time you never answer any of my letters, I ask my family to get intoch with via phone, they too leave several massages and you never return their calls, the phone number I get from my mother to call you, do not take collect calls, the only time I hear you voice is only on my court appearance on the video Court.
I needed to go over my case with you for you to seek relif from removal, you never came to me you played a blind eye and a def ears to my calling.
As you know I'm from Jamaica, I was persecuted and tortured there because of my political Opion and I belong to A Particular Social

Group both are which protected charactics for Asylum Withholding of Removal and the <u>Convention Against Torture</u> . I was eligable for relief from removal and you as my attorney never forsees my intrest in these proceeding that brought against me by the Federal Goverment D.H.S. , instead you undermine my proceeding by delibriately allowing me to be order remove.

My family retained you you to represent me, you was paid in full for my representation. I am a permanent resident of the United States, therefore my fifth amendment guarantee me to be represented by counsel in removal proceeding at no expense to the Goverment, however you was privately retained and your Standard falls below Standard . you Satified two prong Under <u>Strickland v.Washington 466 U.S 668</u>.

I'm asking you to return any and all document that pertient to my case at the most earlist convient because I'm appealing my case in the Board of Immigration appeals, You and the IJ violate my due process in this process but you should be the one that look out for my intreast but you did not perform the task as my counsel .

therefore you was Ineffective by clear and convincing evidence as the record will reflect and will be there to deem your action toward my case.

Sincerly,

*[signature]* 9-18-08
Iran Steven Richard

*[notary signature and stamp]* — notary
exp 9/27/08  9/22/08