UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRAN STEVEN RICHARD | : | |
| v | : | Civil No.  3:08cv1495 (JBA) |
| TANYA DORMAN | : | |

**JUDGMENT**

This matter came on for consideration on defendant's motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on June 22, 2009, a Ruling entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 23rd day of June, 2009.

ROBIN D. TABORA, CLERK

By_____/s/_____
Betty J. Torday
Deputy Clerk

EOD_____